## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

| | |
|---|---|
| In re: ) ) ThinkEngine Networks, Inc., ) ) Debtor ) ) | Case No. Chapter 7 |

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

ThinkEngine Networks, Inc., a Delaware corporation (the "Debtor"), hereby submits its statement of corporate ownership pursuant to Fed.R.Bankr.P 1007(a)(1).

1. The following corporations directly or indirectly own 10% or more of any class of Debtor's equity interests:

    a. Prism Venture Partners III, LLC

To the best of Debtor's knowledge, no other corporation directly or indirectly owns 10% or more of any class of equity interests in the Debtor.

Dated: January 13, 2009

                                           ThinkEngine Networks, Inc.
                                           Debtor and Debtor-in-Possession

                                           By: _____
                                           John Steinkrauss
                                           Vice President and Chief Financial Officer

LIBC 3491670.3